APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
___SOUTHERN___ DIVISION

(Name of Plaintiff)
Plaintiff Woodie F.
             Marrisette
vs.

Civil Action No. 21-cv-397-CG-B

(Name of Defendant(s)) Baber's
Defendant                APPLIANCES

COMPLAINT
(Double space text of complaint)

1.

(Grounds for jurisdiction)
Do Not report to
Credit Bureau
Agencies
Accounting, Fraud

2.

(Show plaintiff's name(s) and residence or address)
Woodie F Marrisette
2320 Dodey Creek Rd.
Jackson, AL 36545

(Show defendant(s) name(s) and address(es))
BABER'S
APPLIANCES
4119 College Ave N
Jackson, AL 36545

Phone 251-246-7386

- 40 -

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

Do NOT report To Credit Bureau Accounting Fraud

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.)

5.

(Give a brief, concise statement of the specific facts involved in your case)

I have RECEIPT To prove it

6.

(State the relief you are requesting.)

Woodie F Marrisette
(Signature and date), pro se
2320 Dodex Creek Rd
Jackson AL. 36545
(Address)

251-247-2602
(Phone Number)

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

9-9-2021
DATE

Woodie F Marrisette
SIGNATURE OF PLAINTIFF/PETITIONER

My Phone Number 251-247-2602

2320 Dopey Creek Rd
ADDRESS JACKSON AL, 36545

Woodie F Marrisette
2320 Dodey Creek Rd
Jackson, AL 36545

MOBILE AL 366
9 SEP 2021  PM 1  L



UNITED STATED DISTRICT
COURT SOUTHERN DISTRICK OF
CLERK
155 S ST JOSEPH STREET
MOBILE AL 36602