## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WOODIE F. MARRISETTE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO 21-397-CG-B** |
| | ) |
| **BABER'S APPLIANCES,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) is **DENIED**, and that this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction and under Federal Rule of Civil Procedure 41(b).

**DONE** and **ORDERED** this the13th day of December, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes the Plaintiff's pleading filed on December 1, 2021 (Doc. 6); however, the pleading does not address the findings in the Report and Recommendation (Doc. 5).