IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WOODIE F. MARRISETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO 21-397-CG-B |
| | ) |
| BABER'S APPLIANCES, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction and under Federal Rule of Civil Procedure 41(b).

**DONE** and **ORDERED** this the 13th day of December, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE